# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __6__

Fowlkes
-v-
Scheck, et al

U.S.C.A. # _____
U.S.D.C. # 07-cv-11242
JUDGE: KMW
DATE: JAN. 16, 2008

*U.S. DISTRICT COURT FILED JAN 16 2008 S.D. OF N.Y.*

## INDEX TO THE RECORD ON APPEAL

**PREPARED BY (NAME):** THOMAS R. PISARCZYK
**FIRM:** U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
**ADDRESS:** 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
**PHONE NO.:** (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ----------

**DOCUMENT DESCRIPTION**                                   **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(✓) Original Record                    (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 16th Day of JANUARY, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------

*Fowlkes*

-v-

*Scheck, et al*

------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07-cv-11242

JUDGE: KMW

DATE: JAN. 16, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                          Document Description

_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __16th__ Day of __January__ In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
    Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-11242-KMW
### Internal Use Only

Fowlkes v. Scheck et al
Assigned to: Judge Kimba M. Wood
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 12/14/2007
Date Terminated: 12/14/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 12/14/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Felipe Oteze Fowlkes.(jeh) (Entered: 12/18/2007) |
| 12/14/2007 | 2 | COMPLAINT against Barry C. Scheck, Peter J. Neufeld, Maddy Delone, Huy Dao, Unknown Named Attorneys of Innocence Project, Unknown Named Staff Members of Innocence Project, Unknown Named Students of Innocence Project, Unknown Named Volunteers of Innocence Project. Document filed by Felipe Oteze Fowlkes.(jeh) (Entered: 12/18/2007) |
| 12/14/2007 | | Magistrate Judge Henry B. Pitman is so designated. (jeh) (Entered: 12/18/2007) |
| 12/14/2007 | 3 | ORDER OF DISMISSAL; Plaintiff's request to proceed in forma pauperis is granted, but for reasons set forth in this order, Plaintiff's complaint is dismissed. According to this pro se complain the close and sympathetic reading in which it entitled, plaintiff's allegations fail to state a claim in which relief may be granted. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2)(B) (ii). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 12/14/2007) (jeh) (Entered: 12/18/2007) |
| 12/14/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 12/14/2007) (jeh) (Entered: 12/18/2007) |
| 01/04/2008 | 5 | NOTICE OF APPEAL from 3 Order Dismissing Complaint (I.F.P.), 4 Judgment - Sua Sponte (Complaint), Judgment - Sua Sponte (Complaint). Document filed by Felipe Oteze Fowlkes. (tp) (Entered: 01/15/2008) |
| 01/04/2008 | | Appeal Remark as to 5 Notice of Appeal filed by Felipe Oteze Fowlkes. $455.00 APPEAL FEE DUE. IFP REVOKED 12/14/07. (tp) (Entered: 01/15/2008) |
| 01/15/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 01/15/2008) |
| 01/15/2008 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 01/15/2008) |