**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O'Hagan Wolfe
CLERK OF COURT

**MANDATE**

Date: 8/21/08
Docket Number: 08-0355-cv
Short Title: Fowlkes v. Scheck

DC Docket Number: 07-cv-11242
DC: SDNY (NEW YORK CITY)
DC Judge: Honorable Kimba Wood

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 21st. day of August, two thousand eight.

Felipe Oteze Fowlkes,
   Plaintiff-Appellant,

v.

Esquire Barry C. Scheck, Director of Innocence Project, Esquire Peter J Neufeld, Director of Innocence Project, Esquire Maddy Delone, Executive Director of Innocence Project, Esquire Huy Duo, Case Director of Innocence Project, Unknown Named Attorneys of Innocence Project, Unknown Named Staff Mambers of Innocence Project, Unknown Named Students of Innocence Project, Unknown Named Volunteers of Innocence Project,
   Defendants-Appellees.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/2008

### ORDER OF DISMISSAL

NOTICE HAVING BEEN GIVEN TO APPELLANT, requiring said party to provide the Court with a motion in compliance with FRAP 27 and Local Rule 27(a), identifying the issues intended to raise on appeal, and stating facts and a brief statement of reasons showing that each issue has likely merit, and APPELLANT HAVING FAILED to provide the Court with such explanation within the TWENTY-ONE DAYS prescribed, THIS APPEAL IS HEREBY DISMISSED. Any motion pending prior to the entry of this order is deemed MOOT.

For the Court:
Catherine O'Hagan Wolfe, Clerk
By: _____
Lynette Rodriguez, Deputy Clerk

Certified: 8/21/08